# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee



FILED
JUL 1 8 2019
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
    Case No. 2:19-mj- 205
USPS Mail Parcel addressed to ELIOT SHAW )
804 OAK ST, JOHNSON CITY, TN )
 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
USPS Mail Parcel identified by unique tracking number 9505 5121 0431 9196 2368 17 addressed to ELIOT SHAW

located in the    Eastern    District of    Tennessee   , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, attached and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
   ☑ evidence of a crime;
   ☑ contraband, fruits of crime, or other items illegally possessed;
   ☑ property designed for use, intended for use, or used in committing a crime;
   ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b), and 846. | Distribution of a controlled substance; Using a communication facility in facilitating the commission of a felony; Conspiracy. |

The application is based on these facts:
See attached affidavit of Postal Inspector Jedidiah Hutchison, United States Postal Inspection Service.

   ☑ Continued on the attached sheet.
   ☑ Delayed notice of  30  days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jedidiah Hutchison, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   7/18/2019

*Judge's signature*

City and state:   Greeneville, Tennessee          Hon. Dennis H. Inman, U.S. Magistrate Judge
                                                                *Printed name and title*